UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE LARRY ALAN BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 05cr2043-LAB |
| Plaintiff, | |
| vs. | ORDER PERMITING TRAVEL THROUGHOUT THE UNITED STATES WHILE ON PROBATION PURSUANT TO 18 U.S.C. § 3563(C) AND FED. R. CRIM. P. 32.1(C) |
| ROGER RUDMAN, | |
| Defendant. | |

This matter having come before the court on September 17, 2007, on motion of defendant Roger Rudman, by and through his counsel of record, William Braniff, for an order pursuant to 18 U.S.C. § 3563(c) and Fed. R. Crim. P. 32.1(c) to permit travel throughout the United States while on probation, and the court having considered the argument of counsel, and for good and sufficient cause,

IT IS HEREBY ORDERED that defendant Roger Rudman's conditions of probation are amended to permit travel throughout the United States; and

IT IS FURTHER ORDERED that defendant Rudman shall

notify his probation officer within 48 hours of such travel setting forth his location, purpose, and contact information; and

IT IS FURTHER ORDERED that defendant Rudman shall continue to file reports to probation as previously required. IT IS SO ORDERED

9/25/07
DATED: _____          _____
                                Honorable Larry Alan Burns
                                United States District Judge